IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR47 |
| | ) | |
| v. | ) | |
| | ) | |
| BALFRE DEGANTE-SALINAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 48) and on motion to late file objections to presentence investigation report (Filing No. 49). The Court will grant the motions. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue sentencing is granted; sentencing is rescheduled for:

**Wednesday, January 4, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

2) Defendant's motion to late file objections is granted; defendant shall have until December 14, 2011, to file objections to the presentence investigation report.

DATED this 29th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court