IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR47 |
| v. | ) | |
| BALFRE DEGANTE-SALINAS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to withdraw defendant's motion for deviation from advisory sentencing guidelines (Filing No. 51). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The motion for deviation from advisory sentencing guidelines (Filing No. 45) is deemed withdrawn.

DATED this 29th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court