IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR47 |
| | ) | |
| v. | ) | |
| | ) | |
| BALFRE DEGANTE-SALINAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to strike defendant's objections to presentence investigation report (Filing Nos. 56 and 57). The Court notes that defendant has filed other objections to the presentence investigation report (Filing No. 58) and finds the motions to strike should be granted. Accordingly,

IT IS ORDERED that defendant's motions are granted. Filing Nos. 53 and 54 are stricken.

DATED this 10th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court